IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SINGLETON CONTRACTORS, INC.,                            PLAINTIFF

v.                          CASE NO. 08-2046

FIREMAN'S FUND                                          DEFENDANT

### ORDER

    Before the Court are Plaintiff's Second and Third Motions to Amend the Complaint (Docs. 8 & 10) and Defendant's Motion to Dismiss (Doc. 5).  Defendant did not object to Plaintiff's Third Motion to Amend.  Accordingly, the Court finds that Plaintiff's Third Motion to Amend (Doc. 10) should be GRANTED.  As such amendment cures the deficiency set forth in the motion to dismiss, Plaintiff's Second Motion to Amend (Doc. 8) and Defendant's Motion to Dismiss (Doc. 5) should be DENIED AS MOOT. Plaintiff has five (5) days from the date of this order to file its amended complaint.  Defendant has ten (10) days after service of the amended complaint to file its response.

    IT IS SO ORDERED this 9th day of June 2008.

                                                  */s/ Robert T. Dawson*
                                                  Honorable Robert T. Dawson
                                                  United States District Judge